UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| In re: | § | Case No. 16-30822-H2-7 |
|---|---|---|
| | § | |
| PRIMROSE LA SARA, LLC | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT
CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

Eva Engelhart, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $84,503.03 | Assets Exempt: | NA |
| Total Distributions to Claimants: | $801,750.62 | Claims Discharged Without Payment: | NA |
| Total Expenses of Administration: | $570,926.21 | | |

3) Total gross receipts of $1,473,555.90 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $100,879.07 (see **Exhibit 2),** yielded net receipts of $1,372,676.83 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $4,241,397.90 | $4,263,801.10 | $3,182,158.74 | $452,145.65 |
| Priority Claims: | | | | |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $570,926.21 | $570,926.21 | $570,926.21 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $1,493.78 | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $338,840.07 | $9,762,784.40 | $8,507,258.74 | $349,604.97 |
| **Total Disbursements** | $4,581,731.75 | $14,597,511.71 | $12,260,343.69 | $1,372,676.83 |

4). This case was originally filed under chapter 11 on 06/01/2016. The case was converted to one under Chapter 7 on 06/01/2016. The case was pending for 40 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: <u>10/04/2019</u>       By:  <u>/s/ Eva Engelhart</u>
                                        Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBITS TO**
**FINAL ACCOUNT**

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| Oil and Gas leases located in Willacy County, TX | 1110-000 | $1,340,000.00 |
| Horizon Reserves Inc. | 1110-002 | $100,000.00 |
| Past Due Tax Payments | 1229-000 | $33,555.90 |
| **TOTAL GROSS RECEIPTS** | | $1,473,555.90 |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT PAID |
|---|---|---|---|
| Clerk, US Bankruptcy Court | Funds to Third Parties | 8500-002 | $879.07 |
| Horizon Reserves Inc. | Funds to Third Parties | 8500-002 | $100,000.00 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | $100,879.07 |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3-2a | Basic Energy Services, LP | 4110-000 | $259,222.04 | $356,529.81 | $101,665.14 | $101,665.14 |
| 3-1 | Basic Energy Services, LP | 4210-000 | $0.00 | $241,759.58 | $0.00 | $0.00 |
| 6a | QES Wireline LLC, successor to Archer Wireline LLC | 4110-000 | $0.00 | $104,592.63 | $29,824.79 | $29,824.79 |
| 7a | AAA Well Service, LLC | 4110-000 | $68,703.97 | $58,703.97 | $16,739.55 | $16,739.55 |
| 8-a | Select Energy Services, LLC | 4110-000 | $35,133.92 | $44,271.91 | $12,624.22 | $12,624.22 |
| 9-a | Key Energy Services, LLC | 4110-000 | $121,137.30 | $98,767.68 | $28,163.79 | $28,163.79 |
| 10-a | Montez Electric, Inc. | 4110-000 | $0.00 | $86,389.39 | $23,706.11 | $23,706.11 |
| 11-a | M&G Development LP | 4110-000 | $112,688.85 | $112,688.85 | $32,133.43 | $32,133.43 |
| 12-a | General Well Service | 4110-000 | $289,914.10 | $289,914.10 | $82,669.55 | $82,669.55 |

UST Form 101-7-TDR (10/1/2010)

| | | | | | | |
|---|---|---|---|---|---|---|
| 13-a | CSI Compressco LP | 4110-000 | $0.00 | $21,754.30 | $6,203.28 | $6,203.28 |
| 38 | La Sara Operating Company, LLC | 4110-000 | $3,182,238.56 | $2,730,013.09 | $2,730,013.09 | $0.00 |
| | Archer Wireline LLC | 4210-000 | $75,613.88 | $0.00 | $0.00 | $0.00 |
| | BAKER HUGHES OILFIELD OPERATIONS IN | 4110-000 | $0.00 | $10,489.94 | $10,489.94 | $10,489.94 |
| | BAKER HUGHES OILFIELD OPERATIONS IN | 4210-000 | $36,787.18 | $0.00 | $0.00 | $0.00 |
| | Clerk, US Bankruptcy Court | 4110-000 | $0.00 | $26,313.79 | $26,313.79 | $26,313.79 |
| | Fesco, Ltd. | 4210-000 | $17,598.85 | $0.00 | $0.00 | $0.00 |
| | Roywell Services | 4110-000 | $0.00 | $22,066.87 | $22,066.87 | $22,066.87 |
| | Roywell Services | 4210-000 | $25,120.13 | $0.00 | $0.00 | $0.00 |
| | Schlumberger Technology Corporation | 4110-000 | $0.00 | $3,399.52 | $3,399.52 | $3,399.52 |
| | United Rentals (North America) | 4110-000 | $0.00 | $4,915.77 | $4,915.77 | $4,915.77 |
| | United Rentals (North America) | 4210-000 | $17,239.12 | $0.00 | $0.00 | $0.00 |
| | Willacy County | 4700-000 | $0.00 | $51,229.90 | $51,229.90 | $51,229.90 |
| **TOTAL SECURED CLAIMS** | | | $4,241,397.90 | $4,263,801.10 | $3,182,158.74 | $452,145.65 |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Eva Engelhart, Trustee | 2100-000 | NA | $64,456.68 | $64,456.68 | $64,456.68 |
| Eva Engelhart, Trustee | 2200-000 | NA | $612.19 | $612.19 | $612.19 |
| International Sureties, Ltd. | 2300-000 | NA | $483.97 | $483.97 | $483.97 |
| Independent Bank | 2600-000 | NA | $0.00 | $0.00 | $0.00 |
| Integrity Bank | 2600-000 | NA | $7,213.54 | $7,213.54 | $7,213.54 |
| U.S. Trustee Payment Center | 2950-000 | NA | $1,300.00 | $1,300.00 | $1,300.00 |
| BLAKEnergy, Ltd. | 2990-000 | NA | $21,181.00 | $21,181.00 | $21,181.00 |
| MK Operating Company, LLC | 2990-000 | NA | $79,018.66 | $79,018.66 | $79,018.66 |
| Tennyson Energy | 2990-000 | NA | $30,981.34 | $30,981.34 | $30,981.34 |

UST Form 101-7-TDR (10/1/2010)

| | | | | | |
|---|---|---|---|---|---|
| Investment Group | | | | | |
| Ross, Banks, May, Cron & Cavin, P.C., Attorney for Trustee | 3110-000 | NA | $153,750.00 | $153,750.00 | $153,750.00 |
| Ross, Banks, May, Cron & Cavin, P.C., Attorney for Trustee | 3120-000 | NA | $2,889.40 | $2,889.40 | $2,889.40 |
| Thompson & Knight, LLP, Attorney for Trustee | 3210-000 | NA | $103,500.00 | $103,500.00 | $103,500.00 |
| William G. West, C.P.A., Accountant for Trustee | 3410-000 | NA | $103,633.75 | $103,633.75 | $103,633.75 |
| William G. West, C.P.A., Accountant for Trustee | 3420-000 | NA | $1,905.68 | $1,905.68 | $1,905.68 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $570,926.21 | $570,926.21 | $570,926.21 |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**
NONE

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| **CLAIM NUMBER** | **CLAIMANT** | **UNIFORM TRAN. CODE** | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|---|---|
| | Lasara ISD | 5800-000 | $1,493.78 | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $1,493.78 | $0.00 | $0.00 | $0.00 |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| **CLAIM NUMBER** | **CLAIMANT** | **UNIFORM TRAN. CODE** | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|---|---|
| 1 | Surveying and Mapping, LLC dba SAM | 7100-000 | $0.00 | $11,090.89 | $0.00 | $0.00 |
| 2 | Argonaut Insurance Company | 7100-000 | $90,000.00 | $90,000.00 | $30,022.34 | $1,236.87 |
| 3-2b | Basic Energy Services, LP | 7100-000 | $0.00 | $21,337.64 | $21,337.64 | $0.00 |
| 4 | New Energy La Sara, Inc. | 7100-000 | $0.00 | $8,000,000.00 | $8,000,000.00 | $329,585.87 |
| 5 | UV Logistics LLC dba United Vision Logistics | 7100-000 | $0.00 | $15,588.20 | $0.00 | $0.00 |
| 6b | QES Wirelie LLC, suessor to Archer Wireline | 7100-000 | $0.00 | $6,259.67 | $6,259.67 | $257.89 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| | LLC | | | | | |
| 7b | AAA Well Service, LLC | 7100-000 | $0.00 | $3,513.32 | $3,513.32 | $144.74 |
| 8-b | Select Energy Services, LLC | 7100-000 | $0.00 | $2,649.59 | $2,649.59 | $109.16 |
| 9-b | Key Energy Seervices, LLC | 7100-000 | $0.00 | $5,911.06 | $5,911.06 | $243.53 |
| 10-b | Montez Electric, Inc. | 7100-000 | $0.00 | $4,975.47 | $4,975.47 | $204.98 |
| 11-b | M&G Development LP and General Well Servcie | 7100-000 | $0.00 | $6,744.22 | $6,744.22 | $277.85 |
| 12-b | General Well Service | 7100-000 | $0.00 | $17,350.81 | $17,350.81 | $714.82 |
| 13-b | CSI Compressco LC | 7100-000 | $0.00 | $1,301.95 | $1,301.95 | $53.64 |
| 14 | TXCaap, LLC | 7100-000 | $1.00 | $300,000.00 | $0.00 | $0.00 |
| 15 | Daniel Y. Butler | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| 16 | Richard E. Butler II | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| 17 | Fausto Yturria, Jr. | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| 18 | Martin E. Garcia | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| 19 | Dorothy Elizabeth Hablinski | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| 20 | Mary Eleanor Yturria Wilkerson | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| 21 | The Lillie M. Tijerina Family Limited Partnership | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| 22 | VSR Royalties, Ltd. | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| 23 | Zarate Family, Ltd. | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| 24 | Garmon Enterprises III, Ltd. | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| 25 | JS Family Investment Partnership, Ltd | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| 26 | John Anthony Garcia Family Partnership, Ltd. | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| 27 | Mary B. Mallet Royalties Partnership, Ltd. | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| 28 | MGB Royalty Partnership, Ltd. | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| 29 | The Isabel Garcia | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

|    |                                          |          |              |              |              |             |
|----|------------------------------------------|----------|--------------|--------------|--------------|-------------|
|    | Family Limited Partnership               |          |              |              |              |             |
| 30 | M.A. Garcia Family Limited Partnership   | 7100-000 | $0.00        | $0.00        | $0.00        | $0.00       |
| 31 | Schulz Family Royalties Partnership, Ltd.| 7100-000 | $0.00        | $0.00        | $0.00        | $0.00       |
| 32 | William J. Thomas                        | 7100-000 | $0.00        | $0.00        | $0.00        | $0.00       |
| 33 | Mike Neal                                | 7100-000 | $0.00        | $0.00        | $0.00        | $0.00       |
| 34 | Maria Lee Semelsberger                   | 7100-000 | $0.00        | $0.00        | $0.00        | $0.00       |
| 35 | Betka Mineral Partners, Ltd.             | 7100-000 | $0.00        | $0.00        | $0.00        | $0.00       |
| 36 | A-3 Minerals, L.P.                       | 7100-000 | $0.00        | $0.00        | $0.00        | $0.00       |
| 37-1 | BLAKEnergy, Ltd.                       | 7100-000 | $231,514.11  | $806,087.42  | $0.00        | $0.00       |
| 37-2 | BLAKEnergy, Ltd.                       | 7100-000 | $0.00        | $407,192.67  | $407,192.67  | $16,775.62  |
| 39 | MK Operating Company, LLC                | 7200-000 | $0.00        | $62,781.49   | $0.00        | $0.00       |
|    | Capitol Corporate Services, Inc.         | 7100-000 | $150.00      | $0.00        | $0.00        | $0.00       |
|    | ETZ Flowback Solutions, LLC              | 7100-000 | $17,174.96   | $0.00        | $0.00        | $0.00       |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $338,840.07 | $9,762,784.40 | $8,507,258.74 | $349,604.97 |

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page No: 1     Exhibit 8

| Case No.: | 16-30822-H2-7 | Trustee Name: | Eva Engelhart |
|---|---|---|---|
| Case Name: | PRIMROSE LA SARA, LLC | Date Filed (f) or Converted (c): | 06/01/2016 (c) |
| For the Period Ending: | 10/4/2019 | §341(a) Meeting Date: | 07/14/2016 |
| | | Claims Bar Date: | 09/16/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| Ref. # | | | | | |
| 1  Amegy Bank | $869.58 | $869.58 | | $0.00 | FA |
| Asset Notes:  Negligible amount available at time of filing | | | | | |
| 2  100% ownership La Sara Operating Company, LLC | $0.00 | $0.00 | | $0.00 | FA |
| Asset Notes:  La Sara Operating also in Chapter 7. | | | | | |
| 3  34.5% Undivided Interest in equipment on the lease | $0.00 | $0.00 | | $0.00 | FA |
| Asset Notes:  Trustee determined no value. | | | | | |
| 4  Oil and Gas leases located in Willacy County, TX | $1,000,000.00 | $1,000,000.00 | | $1,340,000.00 | FA |
| 5  Equipment removed without permission by Buss Mechanical; claim for equipment | $83,633.45 | $83,633.45 | | $0.00 | FA |
| Asset Notes:  Trustee investigation determined that there is no claim. | | | | | |
| 6  Past Due Tax Payments  (u) | $0.00 | $0.00 | | $33,555.90 | FA |
| **TOTALS (Excluding unknown value)** | **$1,084,503.03** | **$1,084,503.03** | | **$1,373,555.90** | **Gross Value of Remaining Assets** **$0.00** |

**Major Activities affecting case closing:**

| | |
|---|---|
| 03/31/2019 | TFR filed with Court 03/20/19 |
| 12/31/2018 | Preparing Trustee's Final Report. |
| 09/30/2018 | Surcharge motion approved; fee applications filed. |
| 06/30/2018 | Motion to Surcharge pending as well as three claim objections which will resolve all claim issues; thereafter, professional fee applications to be filed. |
| 03/31/2018 | Claim review. |
| 12/31/2017 | estate's remaining litigation assets were sold; trustee is working on the structure for funds distribution for secured creditors. |
| 09/30/2017 | Negotiating sale of estate's remaining litigation assets. |
| 06/30/2017 | Investigation into estate's remaining litigation assets |
| 09/30/2016 | Litigation against LSV1, MK Operating, and Miles Klepper pending. |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 2     Exhibit 8

| Case No.: | 16-30822-H2-7 | Trustee Name: | Eva Engelhart |
|---|---|---|---|
| Case Name: | PRIMROSE LA SARA, LLC | Date Filed (f) or Converted (c): | 06/01/2016 (c) |
| For the Period Ending: | 10/4/2019 | §341(a) Meeting Date: | 07/14/2016 |
| | | Claims Bar Date: | 09/16/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

**Initial Projected Date Of Final Report (TFR):** 06/01/2019    **Current Projected Date Of Final Report (TFR):** 06/01/2019

/s/ EVA ENGELHART
EVA ENGELHART

# FORM 2
### CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 16-30822-H2-7 | | | Trustee Name: | Eva Engelhart |
|---|---|---|---|---|---|
| Case Name: | PRIMROSE LA SARA, LLC | | | Bank Name: | Independent Bank |
| Primary Taxpayer ID #: | **-***4605 | | | Checking Acct #: | ******0822 |
| Co-Debtor Taxpayer ID #: | | | | Account Title: | Litigation Acct |
| For Period Beginning: | 6/1/2016 | | | Blanket bond (per case limit): | $77,534,000.00 |
| For Period Ending: | 10/4/2019 | | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 11/01/2016 | (4) | Tennyson Energy | Earnest deposit | 1110-000 | $1,000.00 | | $1,000.00 |
| 11/30/2016 | | Integrity Bank | Bank Service Fee | 2600-000 | | $1.50 | $998.50 |
| 12/08/2016 | | Integrity Bank | Reverse bank fee | 2600-000 | | ($1.50) | $1,000.00 |
| 01/19/2017 | (4) | Tennyson Energy Investment Group LLC | Good faith deposit for auction bid | 1110-000 | $100,000.00 | | $101,000.00 |
| 02/08/2017 | | Horizon Reserves Inc. | Good faith deposit for auction bid | 1110-002 | $100,000.00 | | $201,000.00 |
| 02/27/2017 | (4) | Tennyson Energy Inv Group LLC | Order Entered 2/22/17, Doc # 165 | 1110-000 | $1,239,000.00 | | $1,440,000.00 |
| 03/03/2017 | 3001 | Horizon Reserves Inc. | Order Entered 3/2/17, Doc # 170 Refund on Good Faith Deposit | 8500-002 | | $100,000.00 | $1,340,000.00 |
| 03/17/2017 | 3002 | MK Operating | Order Entered 1/13/17, Doc # 143 | 2420-000 | | $1,125.00 | $1,338,875.00 |
| 03/17/2017 | 3002 | VOID: MK Operating | Issued in Error | 2420-003 | | ($1,125.00) | $1,340,000.00 |
| 10/02/2017 | 3003 | International Sureties, Ltd. | Bond # 016071777 Term 10/1/17 to 10/1/18 | 2300-000 | | $483.97 | $1,339,516.03 |
| 10/04/2017 | | Transfer To: #*******0822 | Order Entered 2/22/17, Doc # 165 | 9999-000 | | $650,000.00 | $689,516.03 |
| 10/31/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $1,117.86 | $688,398.17 |
| 11/13/2017 | 3004 | Ross, Banks, May, Cron & Cavin, P.C. | Order Entered 11/13/17, Doc # 203 Attorney Interim Fees | 3110-000 | | $25,080.00 | $663,318.17 |
| 11/13/2017 | 3005 | Ross, Banks, May, Cron & Cavin, P.C. | Order Entered 11/13/17, Doc # 203 Attorney Interim Expenses | 3120-000 | | $2,528.69 | $660,789.48 |
| 11/13/2017 | 3006 | Ross, Banks, May, Cron & Cavin, P.C. | Order Entered 11/13/17, Doc # 203 Contingent Fee Compensation | 3110-000 | | $103,500.00 | $557,289.48 |
| 11/13/2017 | 3007 | Thompson & Knight, LLP | Order Entered 11/13/17, Doc # 203 Contingent Fee Compensation | 3210-000 | | $103,500.00 | $453,789.48 |
| 11/30/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $848.13 | $452,941.35 |
| 12/31/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $672.86 | $452,268.49 |
| 01/31/2018 | | Integrity Bank | Bank Service Fee | 2600-000 | | $671.86 | $451,596.63 |
| 02/28/2018 | | Integrity Bank | Bank Service Fee | 2600-000 | | $605.94 | $450,990.69 |
| 03/31/2018 | | Integrity Bank | Bank Service Fee | 2600-000 | | $669.96 | $450,320.73 |
| 04/30/2018 | | Integrity Bank | Bank Service Fee | 2600-000 | | $647.39 | $449,673.34 |
| 05/31/2018 | | Integrity Bank | Bank Service Fee | 2600-000 | | $668.00 | $449,005.34 |
| | | | SUBTOTALS | | $1,440,000.00 | $991,662.66 | |

## FORM 2
### CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No.: | 16-30822-H2-7 | | Trustee Name: | Eva Engelhart |
|---|---|---|---|---|
| Case Name: | PRIMROSE LA SARA, LLC | | Bank Name: | Independent Bank |
| Primary Taxpayer ID #: | **-***4605 | | Checking Acct #: | ******0822 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | Litigation Acct |
| For Period Beginning: | 6/1/2016 | | Blanket bond (per case limit): | $77,534,000.00 |
| For Period Ending: | 10/4/2019 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 06/30/2018 | | Integrity Bank | Bank Service Fee | 2600-000 | | $645.49 | $448,359.85 |
| 07/31/2018 | | Integrity Bank | Bank Service Fee | 2600-000 | | $666.05 | $447,693.80 |
| 08/05/2018 | | Independent Bank | Bank Service Fee | 2600-000 | | $107.27 | $447,586.53 |
| 08/06/2018 | | Independent Bank | Bank Service Fee | 2600-000 | | ($107.27) | $447,693.80 |
| 08/31/2018 | 3008 | AAA Well Service, LLC | Order Entered 8/30/18, Doc #230 Inadvertently issued funds from incorrect account. Distribution to all creditors is not affected. | 4110-000 | | $16,739.55 | $430,954.25 |
| 08/31/2018 | 3009 | Allied Oil & Gas Services | Order Entered 8/30/18, Doc #230 Inadvertently issued funds from incorrect account. Distribution to all creditors is not affected. | 4110-000 | | $26,313.79 | $404,640.46 |
| 08/31/2018 | 3010 | QES Wireline LLC, successor to Archer Wireline LLC | Order Entered 8/30/18, Doc #230 Inadvertently issued funds from incorrect account. Distribution to all creditors is not affected. | 4110-000 | | $29,824.79 | $374,815.67 |
| 08/31/2018 | 3011 | BAKER HUGHES OILFIELD OPERATIONS IN | Order Entered 8/30/18, Doc #230 Inadvertently issued funds from incorrect account. Distribution to all creditors is not affected. | 4110-000 | | $10,489.94 | $364,325.73 |
| 08/31/2018 | 3012 | Basic Energy Services, LP | Order Entered 8/30/18, Doc #230 Inadvertently issued funds from incorrect account. Distribution to all creditors is not affected. | 4110-000 | | $101,665.14 | $262,660.59 |
| 08/31/2018 | 3013 | CSI Compressco LP | Order Entered 8/30/18, Doc #230 Inadvertently issued funds from incorrect account. Distribution to all creditors is not affected. | 4110-000 | | $6,203.28 | $256,457.31 |
| 08/31/2018 | 3014 | General Well Service | Order Entered 8/30/18, Doc #230 Inadvertently issued funds from incorrect account. Distribution to all creditors is not affected. | 4110-000 | | $82,669.55 | $173,787.76 |
| 08/31/2018 | 3015 | Key Energy Services, LLC | Order Entered 8/30/18, Doc #230 Inadvertently issued funds from incorrect account. Distribution to all creditors is not affected. | 4110-000 | | $28,163.79 | $145,623.97 |
| 08/31/2018 | 3016 | M&G Development LP | Order Entered 8/30/18, Doc #230 Inadvertently issued funds from incorrect account. Distribution to all creditors is not affected. | 4110-000 | | $32,133.43 | $113,490.54 |
| | | | **SUBTOTALS** | | $0.00 | $367,648.23 | |

# FORM 2
### CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 16-30822-H2-7 | | Trustee Name: | Eva Engelhart |
|---|---|---|---|---|
| Case Name: | PRIMROSE LA SARA, LLC | | Bank Name: | Independent Bank |
| Primary Taxpayer ID #: | **-***4605 | | Checking Acct #: | ******0822 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | Litigation Acct |
| For Period Beginning: | 6/1/2016 | | Blanket bond (per case limit): | $77,534,000.00 |
| For Period Ending: | 10/4/2019 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 08/31/2018 | 3017 | Montez Electric, Inc. | Order Entered 8/30/18, Doc #230  Inadvertently issued funds from incorrect account.  Distribution to all creditors is not affected. | 4110-000 | | $23,706.11 | $89,784.43 |
| 08/31/2018 | 3018 | Roywell Services | Order Entered 8/30/18, Doc #230  Inadvertently issued funds from incorrect account.  Distribution to all creditors is not affected. | 4110-000 | | $22,066.87 | $67,717.56 |
| 08/31/2018 | 3019 | Schlumberger Technology Corporation | Order Entered 8/30/18, Doc #230  Inadvertently issued funds from incorrect account.  Distribution to all creditors is not affected. | 4110-000 | | $3,399.52 | $64,318.04 |
| 08/31/2018 | 3020 | Select Energy Services, LLC | Order Entered 8/30/18, Doc #230  Inadvertently issued funds from incorrect account.  Distribution to all creditors is not affected. | 4110-000 | | $12,624.22 | $51,693.82 |
| 08/31/2018 | 3021 | United Rentals (North America) | Order Entered 8/30/18, Doc #230  Inadvertently issued funds from incorrect account.  Distribution to all creditors is not affected. | 4110-000 | | $4,915.77 | $46,778.05 |
| 09/04/2018 | | Transfer To: #*******0822 | | 9999-000 | | $46,778.05 | $0.00 |
| 10/17/2018 | 3010 | STOP PAYMENT: QES Wireline LLC, successor to Archer Wireline LLC | Order Entered 8/30/18, Doc #230  Inadvertently issued funds from incorrect account.  Distribution to all creditors is not affected. | 4110-004 | | ($29,824.79) | $29,824.79 |
| 10/17/2018 | 3015 | STOP PAYMENT: Key Energy Services, LLC | Order Entered 8/30/18, Doc #230  Inadvertently issued funds from incorrect account.  Distribution to all creditors is not affected. | 4110-004 | | ($28,163.79) | $57,988.58 |
| 10/17/2018 | 3020 | STOP PAYMENT: Select Energy Services, LLC | Order Entered 8/30/18, Doc #230  Inadvertently issued funds from incorrect account.  Distribution to all creditors is not affected. | 4110-004 | | ($12,624.22) | $70,612.80 |
| 10/17/2018 | 3022 | QES Wireline LLC, successor to Archer Wireline LLC | Order Entered 8/30/18, Doc #230  Inadvertently issued funds from incorrect account.  Distribution to all creditors is not affected. | 4110-000 | | $29,824.79 | $40,788.01 |
| 10/17/2018 | 3023 | Key Energy Services, LLC | Order Entered 8/30/18, Doc #230  Inadvertently issued funds from incorrect account.  Distribution to all creditors is not affected. | 4110-000 | | $28,163.79 | $12,624.22 |
| | | | **SUBTOTALS** | | $0.00 | $129,030.11 | |

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | |
|---|---|
| Case No. | 16-30822-H2-7 |
| Case Name: | PRIMROSE LA SARA, LLC |
| Primary Taxpayer ID #: | **-***4605 |
| Co-Debtor Taxpayer ID #: | |
| For Period Beginning: | 6/1/2016 |
| For Period Ending: | 10/4/2019 |

| | |
|---|---|
| Trustee Name: | Eva Engelhart |
| Bank Name: | Independent Bank |
| Checking Acct #: | ******0822 |
| Account Title: | Litigation Acct |
| Blanket bond (per case limit): | $77,534,000.00 |
| Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 10/17/2018 | 3024 | Select Energy Services, LLC | Order Entered 8/30/18, Doc #230<br>Inadvertently issued funds from incorrect account.<br>Distribution to all creditors is not affected. | 4110-000 | | $12,624.22 | $0.00 |
| 11/30/2018 | 3009 | STOP PAYMENT: Allied Oil & Gas Services | Order Entered 8/30/18, Doc #230<br>Inadvertently issued funds from incorrect account.<br>Distribution to all creditors is not affected. | 4110-004 | | ($26,313.79) | $26,313.79 |
| 12/26/2018 | 3025 | Clerk, US Bankruptcy Court | Order Entered 12/21/18, Doc # 237<br>Funds deposited into the Court registry for Case No. 16-30822 | 4110-000 | | $26,313.79 | $0.00 |
| | | | **TOTALS:** | | $1,440,000.00 | $1,440,000.00 | $0.00 |
| | | | Less: Bank transfers/CDs | | $0.00 | $696,778.05 | |
| | | | **Subtotal** | | $1,440,000.00 | $743,221.95 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | **Net** | | $1,440,000.00 | $743,221.95 | |

| For the period of 6/1/2016 to 10/4/2019 | | For the entire history of the account between 11/01/2016 to 10/4/2019 | |
|---|---|---|---|
| Total Compensable Receipts: | $1,340,000.00 | Total Compensable Receipts: | $1,340,000.00 |
| Total Non-Compensable Receipts: | $100,000.00 | Total Non-Compensable Receipts: | $100,000.00 |
| Total Comp/Non Comp Receipts: | $1,440,000.00 | Total Comp/Non Comp Receipts: | $1,440,000.00 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $643,221.95 | Total Compensable Disbursements: | $643,221.95 |
| Total Non-Compensable Disbursements: | $100,000.00 | Total Non-Compensable Disbursements: | $100,000.00 |
| Total Comp/Non Comp Disbursements: | $743,221.95 | Total Comp/Non Comp Disbursements: | $743,221.95 |
| Total Internal/Transfer Disbursements: | $696,778.05 | Total Internal/Transfer Disbursements: | $696,778.05 |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 16-30822-H2-7 | | Trustee Name: | Eva Engelhart |
|---|---|---|---|---|
| Case Name: | PRIMROSE LA SARA, LLC | | Bank Name: | Independent Bank |
| Primary Taxpayer ID #: | **-***4605 | | Checking Acct #: | ******0822 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | Working Interest Assets |
| For Period Beginning: | 6/1/2016 | | Blanket bond (per case limit): | $77,534,000.00 |
| For Period Ending: | 10/4/2019 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 10/04/2017 | | Transfer From: #*******0822 | Order Entered 2/22/17, Doc # 165 | 9999-000 | $650,000.00 | | $650,000.00 |
| 10/04/2017 | 5001 | MK Operating Company, LLC | Order Entered 9/18/17, Doc # 195 | 2990-000 | | $79,018.66 | $570,981.34 |
| 10/04/2017 | 5002 | Tennyson Energy Investment Group | Order Entered 9/18/17, Doc # 195 | 2990-000 | | $30,981.34 | $540,000.00 |
| 11/07/2017 | 5003 | BLAKEnergy, Ltd. | Order Entered 10/24/17, Doc # 200 | 2990-000 | | $21,181.00 | $518,819.00 |
| 08/24/2018 | (6) | Jones Gill LLP | Past due tax payments | 1229-000 | $7,684.79 | | $526,503.79 |
| 08/24/2018 | (6) | BLAKEnergy, Ltd. | Past due tax payments. | 1229-000 | $7,684.49 | | $534,188.28 |
| 08/24/2018 | (6) | Tennyson Energy Investment Group LLC | Past due tax payments. | 1229-000 | $18,186.62 | | $552,374.90 |
| 08/30/2018 | 5004 | Willacy County | Order Entered 8/30/18, Doc # 230 | 4700-000 | | $16,596.50 | $535,778.40 |
| 08/30/2018 | 5005 | La Sara Independent School District | Order Entered 8/30/18, Doc # 230 | 4700-000 | | $34,633.40 | $501,145.00 |
| 09/04/2018 | | Transfer From: #*******0822 | | 9999-000 | $46,778.05 | | $547,923.05 |
| 09/04/2018 | 5006 | William G. West, C.P.A. | Order Entered 8/30/18, Doc # 231 Accountant Fees | 3410-000 | | $103,633.75 | $444,289.30 |
| 09/04/2018 | 5007 | William G. West, C.P.A. | Order Entered 8/30/18, Doc # 231 Accountant Expenses | 3420-000 | | $1,905.68 | $442,383.62 |
| 09/24/2018 | 5008 | Ross, Banks, May, Cron & Cavin, P.C. | Order Entered 9/24/18, Doc # 234 Attorney Fees | 3110-000 | | $25,170.00 | $417,213.62 |
| 09/24/2018 | 5009 | Ross, Banks, May, Cron & Cavin, P.C. | Order Entered 9/24/18, Doc # 234 Attorney Expenses | 3120-000 | | $360.71 | $416,852.91 |
| 05/10/2019 | 5010 | Eva Engelhart | Order Entered 5/10/19, Doc # 246 Order Entered 5/10/19, Doc # 247 Trustee Compensation | 2100-000 | | $64,456.68 | $352,396.23 |
| 05/10/2019 | 5011 | Eva Engelhart | Order Entered 5/10/19, Doc # 246 Order Entered 5/10/19, Doc # 247 Trustee Expenses | 2200-000 | | $612.19 | $351,784.04 |
| 05/10/2019 | 5012 | Argonaut Insurance Company | Order Entered 5/10/19, Doc # 246 Order Entered 5/10/19, Doc # 247 Distribution on Claim #: 2 | 7100-000 | | $1,236.87 | $350,547.17 |
| 05/10/2019 | 5013 | Basic Energy Services, LP | Order Entered 5/10/19, Doc # 246 Order Entered 5/10/19, Doc # 247 Distribution on Claim #: 3 | 7100-000 | | $879.07 | $349,668.10 |
| | | | | SUBTOTALS | $730,333.95 | $381,544.92 | |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 16-30822-H2-7 | | Trustee Name: | Eva Engelhart |
|---|---|---|---|---|
| Case Name: | PRIMROSE LA SARA, LLC | | Bank Name: | Independent Bank |
| Primary Taxpayer ID #: | **-***4605 | | Checking Acct #: | ******0822 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | Working Interest Assets |
| For Period Beginning: | 6/1/2016 | | Blanket bond (per case limit): | $77,534,000.00 |
| For Period Ending: | 10/4/2019 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 05/10/2019 | 5014 | New Energy La Sara, Inc. | Order Entered 5/10/19, Doc # 246<br>Order Entered 5/10/19, Doc # 247<br>Distribution on Claim #: 4 | 7100-000 | | $329,585.87 | $20,082.23 |
| 05/10/2019 | 5015 | QES Wirelie LLC, suessor to Archer Wireline LLC | Order Entered 5/10/19, Doc # 246<br>Order Entered 5/10/19, Doc # 247<br>Distribution on Claim #: 6 | 7100-000 | | $257.89 | $19,824.34 |
| 05/10/2019 | 5016 | AAA Well Service, LLC | Order Entered 5/10/19, Doc # 246<br>Order Entered 5/10/19, Doc # 247<br>Distribution on Claim #: 7 | 7100-000 | | $144.74 | $19,679.60 |
| 05/10/2019 | 5017 | Select Energy Services, LLC | Order Entered 5/10/19, Doc # 246<br>Order Entered 5/10/19, Doc # 247<br>Distribution on Claim #: 8 | 7100-000 | | $109.16 | $19,570.44 |
| 05/10/2019 | 5018 | Key Energy Seervices, LLC | Order Entered 5/10/19, Doc # 246<br>Order Entered 5/10/19, Doc # 247<br>Distribution on Claim #: 9 | 7100-000 | | $243.53 | $19,326.91 |
| 05/10/2019 | 5019 | Montez Electric, Inc. | Order Entered 5/10/19, Doc # 246<br>Order Entered 5/10/19, Doc # 247<br>Distribution on Claim #: 10 | 7100-000 | | $204.98 | $19,121.93 |
| 05/10/2019 | 5020 | M&G Development LP and General Well Servcie | Order Entered 5/10/19, Doc # 246<br>Order Entered 5/10/19, Doc # 247<br>Distribution on Claim #: 11 | 7100-000 | | $277.85 | $18,844.08 |
| 05/10/2019 | 5021 | General Well Service | Order Entered 5/10/19, Doc # 246<br>Order Entered 5/10/19, Doc # 247<br>Distribution on Claim #: 12 | 7100-000 | | $714.82 | $18,129.26 |
| 05/10/2019 | 5022 | CSI Compressco LC | Order Entered 5/10/19, Doc # 246<br>Order Entered 5/10/19, Doc # 247<br>Distribution on Claim #: 13 | 7100-000 | | $53.64 | $18,075.62 |
| 05/10/2019 | 5023 | BLAKEnergy, Ltd. | Order Entered 5/10/19, Doc # 246<br>Order Entered 5/10/19, Doc # 247<br>Distribution on Claim #: 37 | 7100-000 | | $16,775.62 | $1,300.00 |

**SUBTOTALS** $0.00 $365,143.72

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | |  | | |
|---|---|---|---|---|
| **Case No.** | 16-30822-H2-7 | | **Trustee Name:** | Eva Engelhart |
| **Case Name:** | PRIMROSE LA SARA, LLC | | **Bank Name:** | Independent Bank |
| **Primary Taxpayer ID #:** | **-***4605 | | **Checking Acct #:** | ******0822 |
| **Co-Debtor Taxpayer ID #:** | | | **Account Title:** | Working Interest Assets |
| **For Period Beginning:** | 6/1/2016 | | **Blanket bond (per case limit):** | $77,534,000.00 |
| **For Period Ending:** | 10/4/2019 | | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 05/10/2019 | 5024 | U.S. Trustee Payment Center | Order Entered 5/10/19, Doc # 246<br>Order Entered 5/10/19, Doc # 247<br>Distribution on Claim #: 40 | 2950-000 | | $1,300.00 | $0.00 |
| 08/09/2019 | 5013 | STOP PAYMENT: Basic Energy Services, LP | Order Entered 5/10/19, Doc # 246<br>Order Entered 5/10/19, Doc # 247<br>Distribution on Claim #: 3 | 7100-004 | | ($879.07) | $879.07 |
| 09/03/2019 | 5025 | Clerk, US Bankruptcy Court | Order Entered 9/3/19, Doc # 252<br>Funds deposited into the Court registry for Case No. 16-30822. | 8500-002 | | $879.07 | $0.00 |

|  |  |  |  |
|---|---|---|---|
| | **TOTALS:** | $730,333.95 | $730,333.95 | $0.00 |
| | **Less: Bank transfers/CDs** | $696,778.05 | $0.00 | |
| | **Subtotal** | $33,555.90 | $730,333.95 | |
| | **Less: Payments to debtors** | $0.00 | $0.00 | |
| | **Net** | $33,555.90 | $730,333.95 | |

| For the period of 6/1/2016 to 10/4/2019 | | For the entire history of the account between 10/04/2017 to 10/4/2019 | |
|---|---|---|---|
| Total Compensable Receipts: | $33,555.90 | Total Compensable Receipts: | $33,555.90 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $33,555.90 | Total Comp/Non Comp Receipts: | $33,555.90 |
| Total Internal/Transfer Receipts: | $696,778.05 | Total Internal/Transfer Receipts: | $696,778.05 |
| | | | |
| Total Compensable Disbursements: | $729,454.88 | Total Compensable Disbursements: | $729,454.88 |
| Total Non-Compensable Disbursements: | $879.07 | Total Non-Compensable Disbursements: | $879.07 |
| Total Comp/Non Comp Disbursements: | $730,333.95 | Total Comp/Non Comp Disbursements: | $730,333.95 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

Page No: 8     Exhibit 9

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | |
|---|---|---|
| **Case No.** | 16-30822-H2-7 | **Trustee Name:** Eva Engelhart |
| **Case Name:** | PRIMROSE LA SARA, LLC | **Bank Name:** Independent Bank |
| **Primary Taxpayer ID #:** | **-***4605 | **Checking Acct #:** ******0822 |
| **Co-Debtor Taxpayer ID #:** | | **Account Title:** Working Interest Assets |
| **For Period Beginning:** | 6/1/2016 | **Blanket bond (per case limit):** $77,534,000.00 |
| **For Period Ending:** | 10/4/2019 | **Separate bond (if applicable):** |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
| | | $1,473,555.90 | $1,473,555.90 | $0.00 |

**For the period of 6/1/2016 to 10/4/2019**

| | |
|---|---|
| Total Compensable Receipts: | $1,373,555.90 |
| Total Non-Compensable Receipts: | $100,000.00 |
| Total Comp/Non Comp Receipts: | $1,473,555.90 |
| Total Internal/Transfer Receipts: | $696,778.05 |
| | |
| Total Compensable Disbursements: | $1,372,676.83 |
| Total Non-Compensable Disbursements: | $100,879.07 |
| Total Comp/Non Comp Disbursements: | $1,473,555.90 |
| Total Internal/Transfer Disbursements: | $696,778.05 |

**For the entire history of the case between 06/01/2016 to 10/4/2019**

| | |
|---|---|
| Total Compensable Receipts: | $1,373,555.90 |
| Total Non-Compensable Receipts: | $100,000.00 |
| Total Comp/Non Comp Receipts: | $1,473,555.90 |
| Total Internal/Transfer Receipts: | $696,778.05 |
| | |
| Total Compensable Disbursements: | $1,372,676.83 |
| Total Non-Compensable Disbursements: | $100,879.07 |
| Total Comp/Non Comp Disbursements: | $1,473,555.90 |
| Total Internal/Transfer Disbursements: | $696,778.05 |

/s/ EVA ENGELHART

EVA ENGELHART